# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VANDA SYLVESTER, ) | **Case No.: 10-CV-1669** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **(Unlawful Debt Collection Practices)** |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.


 /s/  Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 27th day of July 2010, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by regular mail to:

Nicole Barrett, Esq.
Sessions, Fishman, Nathan & Israel, LLP
55 West Monroe St., Suite 1120
Chicago, IL 60603

       ___/s/ Craig Thor Kimmel___
       Attorney for Plaintiff
       Craig Thor Kimmel, Esquire
       Kimmel & Silverman, PC
       30 East Butler Pike
       Ambler, PA 19002