```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


VANDA SYLVESTER              : CIVIL ACTION
                             :
     vs.                     :
                             : NO. 10-CV-1669
NCO FINANCIAL SYSTEMS, INC.  :
```

**ORDER**

AND NOW, this    11th    day of August, 2010, it having been reported that the Plaintiff has voluntarily dismissed the above action, it is hereby ORDERED that the above action is DISMISSED with prejudice, pursuant to the notice of counsel, without costs.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,       J.